UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 2:11-cr-00098-FtM -JES- DNF

BRIAN WENDELL FROST

    Defendant.
_____\

**MOTION TO ALLOW CELL PHONE AND COMPUTERS**

    Harold M. Stevens, counsel for defendant, BRIAN WENDELL FROST, to enter an Order allowing him to bring his cell phone and computer into the Federal Court House on April 3rd and 4th, 2012 during the trial of United States of America v. Brian Wendell Frost, and, as grounds therefor, would show the Court:

    1.  The computer is useful to conduct research and access the Federal Rules of Evidence. The computer also allows review of discovery provided on DVDs and CDs..

    2.   The telephone is necessary to improve orderly presentation of the witnesses and defense counsel before the Court.

    WHEREFORE, your movant prays that this Honorable Court enter an Order allowing Harold M. Stevens to bring his laptop computer and cell phone into the United States District Court House on April 3rd and 4th, 2012.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 30th day of March, 2012 the foregoing has been

1

electronically filed utilizing the CM/ECF system with the Clerk of the District Court who will electronically transmit to the following:

Robert Barclift at Robert.Barclift@usdoj.gov

FTMDocket.Mailbox@usdoj.gov

/s/ Harold M. Stevens
Harold M. Stevens
Florida Bar No. 249149
Harold M. Stevens, P.A.
P.O. Drawer 1440
Fort Myers, FL 33902
239-337-1134 (phone)
239-334-8314 (facsimile)
halstevens@comcast.net