UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 2:11-CR-98-FtM-29DNF

BRIAN WENDELL FROST

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a two level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

Based on information the Defendant received while in custody, Brian Frost provided information to law enforcement about conversations he had with Dustin Jaye, a defendant in the 20th Circuit currently charged with First Degree Murder (12-CF-17514). The State intends to call Mr. Frost as a witness during the trial of State v. Dustin Jaye. However, a trial date has not been set.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure.

                              Respectfully submitted,

                              A. LEE BENTLEY, III
                              Acting United States Attorney

By:   *s/ Robert Barclift*
        Robert P. Barclift
        Assistant United States Attorney
        USAO No. 041
        2110 First Street, Suite 3-137
        Fort Myers, Florida  33901
        Telephone:  (239) 461-2200
        Facsimile:  (239) 461-2219
        E-mail: Robert.Barclift@usdoj.gov

U.S. v. Brian Wendell FrostCase No. 2:11-CR-98-FtM-29DNF

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Harold M. Stevens, P.A.
halstevens@comcast.net

*s/ Robert Barclift*
Robert P. Barclift
Assistant United States Attorney
USAO No. 041
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:   (239) 461-2200
Facsimile:     (239) 461-2219
E-mail:   Robert.Barclift@usdoj.gov