UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 2:11-cr-00098-FtM -JES- DNF

BRIAN WENDELL FROST

    Defendant.

_____\

## MOTION TO SEAL

Brain Wendell Frost moves this Honorable Court to enter an Order sealing all information related to his Rule 35 Motion filed by the Government, and specifically asks that the Court seal the Motion by the United States for Downward Departure of Defendant's Sentence Based Upon Substantial Assistances (filed on 08/02/2013, Docket Item #164), the Order denying the United States Motion for Downward Departure (filed 08/29/2013, Docket Item #165), the Motion By The United States For Downward Departure of Defendant's Sentence based Upon Substantial Assistances (filed 04/23/2014, Docket Item #169) the Motion for Re-Appointment of Counsel (filed April 25, 2014, Docket Item #170), Order Re-Appointing Counsel (filed 04/25/2014, Docket Item #171) and this Honorable Court Order directing Counsel to file a Response (filed 05/20/2014, Docket Item #172), and this Motion to Seal and the Response filed herewith.

## MEMORANDUM IN SUPPORT OF MOTION TO SEAL

The Defendant is currently incarcerated within the Federal Prison System to which he is expected to return to in the near future. His fellow prisoners have access to the PACER System, and are most diligent in reviewing the files of inmates who are taken from one facility to the next

in order to identify those who are providing assistance to the Government. When such an individual is identified, they are harassed, humiliated, and at times beaten. The Defendant Frost requests that his assistance to the Government be confidential and request sealing of all the records that would identify him as an assister.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of May, 2014 the foregoing has been electronically filed utilizing the CM/ECF system with the Clerk of the District Court who will electronically transmit to the following:

Robert Barclift at Robert.Barclift@usdoj.gov

FTMDocket.Mailbox@usdoj.gov

/s/ Harold M. Stevens
Harold M. Stevens
Florida Bar No. 249149
Harold M. Stevens, P.A.
P.O. Drawer 1440
Fort Myers, FL 33902
239-337-1134 (phone)
239-334-8314 (facsimile)
halstevens@comcast.net